

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Eder Ubaldo FUENTES-Viramontes<br><br>Defendant. | Magistrate Case No.:<br><br>**'08 MJ 8663**<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about July 19, 2008, within the Southern District of California, defendant Eder Ubaldo FUENTES-Viramontes did knowingly and intentionally import approximately 51.56 kilograms (113.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Luis Saenz - Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 21st DAY OF JULY 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

This Probable Cause Statement is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Luis A. Saenz. I, United States Immigration and Customs Enforcement Special Agent Luis A. Saenz, declare under penalty of perjury, the following is true and correct:

On July 19, 2008, at approximately 1104 hours, Eder Ubaldo FUENTES-Viramontes attempted to enter the United States from the Republic of Mexico at the Calexico, CA West Port of Entry. FUENTES was the driver and sole occupant of a 1994 Ford Ranger truck.

FUENTES gave negative Customs declarations to Customs and Border Protection Officer (CBPO) B. Brown. FUENTES presented his valid DSP-150 (Border Crosser Cards) to CBPO Brown to facilitate his admission to the United States. When asked, FUENTES claimed to be the owner of the vehicle. CBPO Brown inspected the vehicle driven by FUENTES and noticed the tires appeared to have been wiped clean. CBPO Brown elected to refer FUENTES and the vehicle he was driving to the Vehicle Secondary Area for further inspection.

In the Vehicle Secondary Area, CBP Canine Enforcement Officer (CEO) C. Randolph conducted a secondary inspection of the vehicle driven by FUENTES utilizing his canine unit. The canine inspection resulted in an alert by the canine unit. CBPO I. Mercado obtained a negative customs declaration from FUENTES. CBPO Mercado asked FUENTES for his destination. FUENTES stated he was going to Santo Tomas in Calexico, California. CBPO Mercado conducted further inspection of the vehicle and discovered fourteen (20) packages, with a combined weight of 51.56 kilograms (113.43 pounds) of marijuana, concealed within all four tires mounted on the vehicle driven by FUENTES. CBPO Mercado probed a package and it produced a green leafy substance that field-tested positive for marijuana.

FUENTES was advised of his rights pursuant Miranda and agreed to answer questions. FUENTES stated he was aware of the presence of marijuana within the vehicle he was driving. FUENTES further stated he was to receive 1800.00 dollars for transporting the marijuana into the United States.

Executed on July 20, 2008, at 11:15 A.M.

Luis A. Saenz
Immigration and Customs Enforcement
Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on July 19, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

The Honorable Leo S. Papas
United States Magistrate Judge

07/20/08 - 1140 Am
Date/Time